# IN THE SUPREME COURT OF THE STATE OF NEVADA

PENNY ANN JACKSON,
                        Appellant,

vs.

EDWARD EARL HALEY,
                        Respondent.

No. 71012

**FILED**

OCT 20 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The divorce decree was entered on May 24, 2016, and written notice of entry was served by mail on appellant on May 26, 2016. Accordingly, the deadline to file the notice of appeal was June 30, 2016. *See* NRAP 4(a)(1); NRAP 26(a)(3); NRAP 26(c). However, appellant did not sign the notice of appeal until July 13, 2016, and did not file it until August 5, 2016; well past the deadline. Because an untimely notice of appeal fails to vest jurisdiction in this court, *see Healy v. Volkswagenwerk Aktiengesellschaft,*

16-32861

103 Nev. 329, 741 P.2d 482 (1987), we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ Cherry _____, J.
Cherry

_____, J.       _____, J.
Douglas                          Gibbons

cc:    Hon. Denise L. Gentile, District Judge, Family Court Division
       Penny Ann Jackson
       Cuthbert Mack Chtd.
       Eighth District Court Clerk